# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148849 & (59)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                     SC: 148849
                                     COA: 311954

JAMES MARQUIS SPENCER,
          Defendant-Appellant.
                                     Kent CC: 11-000241-FC

_____/

      On order of the Court, the motion for leave to file pro per supplemental application is GRANTED. The application for leave to appeal the January 14, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



d0721

Clerk